FILED
IN OPEN COURT

JUN - 7 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) UNDER SEAL |
| | ) |
| v. | ) No. 2:23CR⁷1 |
| | ) |
| HABEEB AYODEJI ANIBABA, | ) 18 U.S.C. § 1344 |
| | ) **Bank Fraud** |
| Defendant. | ) (Counts 1-13) |
| | ) |
| | ) 18 U.S.C. § 982(a)(2)(A) |
| | ) **Forfeiture** |

**June 2023 Term – at Norfolk, Virginia**

## INDICTMENT

THE GRAND JURY CHARGES THAT:

Unless otherwise specified, at all times relevant to this Indictment:

### GENERAL ALLEGATIONS

1.      The City of Norfolk ("Norfolk"), within the Eastern District of Virginia, maintained a corporate bank account at SunTrust Bank (now known as Truist Bank), a financial institution as defined under Title 18, United States Code, Section 20.

2.      Defendant HABEEB AYODEJI ANIBABA ("ANIBABA") was an adult male who lived in the country of Nigeria.

3.      Beginning in or about August 2019, and continuing through in or about July 2020, in the Eastern District of Virginia and elsewhere, the defendant, ANIBABA, devised, and intended to devise, a scheme and artifice to defraud and fraudulently obtain money and property owned by, and under the custody and control of, SunTrust Bank, by means of materially false and fraudulent pretenses, representations, and promises.

## PURPOSE OF THE SCHEME

4.    The purpose of ANIBABA's scheme and artifice to defraud SunTrust Bank was

for the defendant to obtain money and property from Norfolk's SunTrust Bank account to which

he was not entitled by leveraging romantic, online relationships with various women.

## MANNER AND MEANS

5.    The manner and means by which ANIBABA carried out the scheme and artifice

to defraud SunTrust Bank included, but were not limited to, the following:

6.    ANIBABA obtained pertinent information of Norfolk's corporate SunTrust Bank

account so he was able to initiate and obtain Automated Clearing House (ACH) payments from

the account.

7.    Beginning at least in or about August 2019, and continuing through in or about

July 2020, ANIBABA met various women around the United States on online dating websites.

8.    On these websites, ANIBABA falsely portrayed himself as various fictitious,

single men and women living in the United States and developed online romantic relationships

with women.

9.    Leveraging the romantic relationships, ANIBABA convinced these unwitting

women to send him money for various reasons, including through excuses such as ANIBABA

had lost or forgot his bank debit cards and could not obtain money, or that he was struggling

financially.   ANIBABA convinced the women to help him obtain money through various

means.   ANIBABA had the women purchase gift cards and prepaid credit cards and send the

card information to ANIBABA.   At other times, ANIBABA would have the women send money

to individuals through Venmo or PayPal.   ANIBABA also received money by having the

women purchase Bitcoin for his benefit.

10.    ANIBABA would "repay" the women by giving them his purported SunTrust Bank account information from which the women could initiate and obtain ACH payments to their own bank account and pay their credit card bills or other bills.   In truth and fact, the SunTrust Bank account provided by ANIBABA was Norfolk's corporate bank account.

11.    Between in or about August 2019 through in or about July 2020, ANIBABA caused over 1,000 withdrawals of funds from Norfolk's corporate SunTrust Bank account, resulting in a loss of over $1.2 million from Norfolk's SunTrust Bank account.

## COUNTS ONE THROUGH THIRTEEN

12.    Paragraphs 1 through 11 of the General Allegations section of this Indictment are incorporated by reference as though fully set forth herein.

13.    On or about the dates and in the manner set forth below, HABEEB AYODEJI ANIBABA, defendant herein, did knowingly and intentionally execute and attempt to execute and cause to be executed, in the Eastern District of Virginia and elsewhere, the aforesaid scheme and artifice to defraud SunTrust Bank and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of SunTrust Bank (now known as Truist Bank), a financial institution as defined under Title 18, United States Code, Section 20, by means of materially false and fraudulent pretenses, representations, and promises, as identified below:

| Count | Date | Description | Approximate Amount |
|---|---|---|---|
| 1 | August 21, 2019 | ANIBABA caused D.M. to obtain an ACH payment from Norfolk's SunTrust Bank account | $559.40 |
| 2 | September 23, 2019 | ANIBABA caused D.B. to obtain an ACH payment from Norfolk's SunTrust Bank account | $990.44 |
| 3 | September 23, 2019 | ANIBABA caused V.C. to obtain an ACH payment from Norfolk's SunTrust Bank account | $5,000.00 |
| 4 | October 21, 2019 | ANIBABA caused E.H. to obtain an ACH payment from Norfolk's SunTrust Bank account | $900.00 |
| 5 | November 1, 2019 | ANIBABA caused E.H. to obtain an ACH payment from Norfolk's SunTrust Bank account | $1,000.00 |
| 6 | December 16, 2019 | ANIBABA caused E.H. to obtain an ACH payment from Norfolk's SunTrust Bank account | $799.21 |
| 7 | January 7, 2020 | ANIBABA caused V.G. to obtain an ACH payment from Norfolk's SunTrust Bank account | $968.95 |
| 8 | February 6, 2020 | ANIBABA caused V.G. to obtain an ACH payment from Norfolk's SunTrust Bank account | $1,362.76 |
| 9 | March 6, 2020 | ANIBABA caused C.M. to obtain an ACH payment from Norfolk's SunTrust Bank account | $1,000.00 |
| 10 | April 9, 2020 | ANIBABA caused C.M. to obtain an ACH payment from Norfolk's SunTrust Bank account | $1,000.00 |
| 11 | May 27, 2020 | ANIBABA caused C.M. to obtain an ACH payment from Norfolk's SunTrust Bank account | $300.00 |
| 12 | June 2, 2020 | ANIBABA caused E.H. to obtain an ACH payment from Norfolk's SunTrust Bank account | $1,044.39 |
| 13 | July 1, 2020 | ANIBABA caused E.H. to obtain an ACH payment from Norfolk's SunTrust Bank account | $1,093.58 |

(All in violation of Title 18, United States Code, Sections 1344 and 2).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.     The defendant, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the violation.

2.     If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3.     The property subject to forfeiture includes, but is not limited to:

a. A sum of money not less than $ 1,299,556.21 in U.S. currency, representing the amount of proceeds the defendant obtained as a result of the violations alleged herein.

(Pursuant to Title 18, United States Code, Section 982(a)(2)(A).)

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY
_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Elizabeth M. Yusi
Assistant United States Attorney

Certified to be a true and correct copy of the
original,
Fernando Galindo, Clerk
U.S. District Court
Eastern District of Virginia

By: _____

Date: 08/20/2025 _____

6

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

COPY

| United States of America | ) |
| v. | ) |
| | ) Case No.   2:23cr71 |
| HABEEB AYODEJI ANIBABA | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant | |

SEALED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Habeeb Ayodeji Anibaba                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

T.18:1344 -  Bank Fraud

Date:     06/07/2023

Issuing officer's signature

City and state:     Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____   Arresting officer's signature |
| Printed name and title |

Certified to be a true and correct copy of the
original,
Fernando Galindo, Clerk
U.S. District Court
Eastern District of Virginia
By: _____
Date: 08/20/2025

## Exhibit 3

### Title 18, U.S. Code Section 1344

Whoever knowingly executes, or attempts to execute, a scheme or artifice—

(1) to defraud a financial institution; or

(2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises;

shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

### Title 18, U.S. Code Section 2

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

### Title 18, U.S. Code Section 982(a)(2)(A)

(a)

...

(2) The court, in imposing sentence on a person convicted of a violation of, or a conspiracy to violate—

(A) section ....1344... of this title, affecting a financial institution

...

shall order that the person forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation.

### Exhibit 4



ANIBABA' Nigerian Voter Card